AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DAVID A. RAMEY, SR.,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-09-109**
**COMMISSIONER OF**     **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**     **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed March 18, 2010, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.**

Date: March 18, 2010     JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk