# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DAVID A. RAMEY, SR.,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

CASE NO. C2-09-109
**COMMISSIONER OF**      JUDGE EDMUND A. SARGUS, JR.
**SOCIAL SECURITY,**      MAGISTRATE JUDGE MARK R. ABEL

      **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed March 18, 2010, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.**


Date: March 18, 2010                      JAMES BONINI, CLERK


                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk